UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JOSE AULAR MEZA, | No.  1:26-cv-02496-DAD-CSK |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING MOTION TO DISMISS |
| WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, | |
| Respondent. | (Doc. Nos. 5, 9) |

Petitioner Walter Jose Aular Meza is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 29, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 9.)  Specifically, the magistrate judge found that petitioner was previously detained by immigration authorities, was released on conditions by those authorities, and therefore had a protected liberty interest in his continued release.  (*Id.* at 7–8.)  Accordingly, the magistrate judge concluded that petitioner's re-detention without a pre-deprivation hearing violated his due process rights.  (*Id.* at 12.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.

1

(*Id.* at 15.)  On April 29, 2026, respondent filed its objections to the pending findings and recommendations.  (Doc. No. 10.)  Respondent's objections comprise a single sentence stating that it objects to the findings and recommendations based on the same arguments raised in its previous briefing.  (*Id.* at 1.)  This does not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.      The findings and recommendations filed on April 29, 2026 (Doc. No. 9) are ADOPTED IN FULL;

2.      Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a.      Respondent is ORDERED to immediately release petitioner Walter Jose Aular Meza, A-File No. 244-131-484, on the same conditions he was subject to immediately prior to his re-detention on March 13, 2026;

   b.      Respondent is ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing respondent will bear the burden of demonstrating that petitioner poses a flight risk or danger to the community by clear and convincing evidence;

3.      The Clerk of the Court is directed to serve a copy of this order on the California City Detention Center;

4.      Respondent's motion to dismiss (Doc. No. 5) is DENIED; and

/////

/////

/////

/////

2

5.    The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **May 7, 2026**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3